COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-029-CV

DARRELL DODD APPELLANT

V.

EQUITY BANK F/K/A FRANKLIN NATIONAL BANK APPELLEE

----------

FROM THE 271
ST
 DISTRICT 
COURT OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal Pursuant To Settlement.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  March 16, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.